UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
JUAN JOSE SALGUERO, OLVIN RAMON RODRIGUEZ, ALICIA RIVERIA GARCIA, THANIA VELASCO, CARLOS ROBERTO GARCIA, and YOVANY SIFORTES PINTO, on behalf of themselves and all others similarly situated,

Plaintiffs,

-against-

JVK OPERATIONS LIMITED, VINOD SAMUEL, and MICHAEL CONNELL,

Defendants.
-----------------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

Civil Action No.: 12-CV-0635
(JFB)(AKT)

I hereby certify that on August 15, 2013, I electronically filed the foregoing Motion For Preliminary Approval of Settlement, Conditional Certification of the Settlement Class, Appointment of Plaintiffs' Counsel as Class Counsel, and Approval of Plaintiffs' Proposed Notice of Settlement and Class Action Settlement Procedure with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following by CM/ECF participant on this case:

Allen B. Breslow, Esq.
Law Office of Allen B. Breslow
Attorneys for Defendants
6165 Jericho Turnpike
Commack, New York 11725
E-mail: abreslow@breslowlaborlaws.com

ARCHER, BYINGTON, GLENNON & LEVINE, LLP

By: /s/ James W. Versocki
James W. Versocki
Attorneys for Plaintiffs
One Huntington Quadrangle, Suite 4C10
P. O. Box 9064
Melville, New York 11747-9064
631-249-6565
E-mail: jbyington@abgllaw.com