UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

--------------------------------------------------------------------------x

JUAN JOSE SALGUERO, OLVIN RAMON
RODRIGUEZ, ALICIA RIVERIA GARCIA, THANIA
VELASCO, CARLOS ROBERTO GARCIA, and
YOVANY SIFORTES PINTO, on behalf of themselves
and all others similarly situated,

**CERTIFICATE OF SERVICE**

Civil Action No.: 12-CV-0635
Plaintiffs,                     (JFB)(AKT)

-against-

JVK OPERATIONS LIMITED, VINOD SAMUEL, and
MICHAEL CONNELL,

Defendants.

--------------------------------------------------------------------------x

      I hereby certify that on July 1, 2014, I electronically filed the foregoing Motion for Preliminary Approval of Settlement, Conditional Certification of the §216(b) Collective Class and Rule 23 Settlement Class, Appointment of Plaintiffs' Counsel as Class Counsel, and Approval of Plaintiffs' Proposed Notice of Settlement and Class Action Settlement Procedure with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following by CM/ECF participant on this case:

      Allen B. Breslow, Esq.
      Law Office of Allen B. Breslow
      Attorneys for Defendants
      6165 Jericho Turnpike
      Commack, New York 11725
      E-mail: abreslow@breslowlaborlaws.com

               ARCHER, BYINGTON, GLENNON & LEVINE, LLP

               By:   /s/ James W. Versocki
                    James W. Versocki
               Attorneys for Plaintiffs
               One Huntington Quadrangle, Suite 4C10
               P. O. Box 9064
               Melville, New York 11747-9064
               631-249-6565
               E-mail: jbyington@abgllaw.com