UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
JUAN JOSE SALGUERO, OLVIN RAMON
RODRIGUEZ, ALICIA RIVERIA GARCIA, THANIA
VELASCO, CARLOS ROBERTO GARCIA, and
YOVANY SIFORTES PINTO, on behalf of themselves
and all others similarly situated,

                              Civil Action No.: 12-CV-0635
           Plaintiffs,               (JFB)(AKT)

    -against-

JVK OPERATIONS LIMITED, VINOD SAMUEL,
and MICHAEL CONNELL,

                           Defendants.

-----------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

    I hereby certify that on July 21, 2015, I electronically filed the foregoing **NOTICE OF PLAINTIFFS' MOTION FOR CERTIFICATION OF THE SETTLEMENT CLASS, FINAL APPROVAL OF THE CLASS ACTIONS SETTLEMENT AND APPROVAL OF THE FLSA SETTLEMENT and DECLARATION OF JAMES W. VERSOCKI IN SUPPORT OF PLAINTIFFS' MOTION FOR CERTIFICATION OF THE SETTLEMENT CLASS, FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT, AND APPROVAL OF THE FLSA SETTLEMENT** with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following by CM/ECF participants on this case:

To:    Allen B. Breslow, Esq.
       Law Office of Allen B. Breslow
       Attorneys for Defendants
       6165 Jericho Turnpike
       Commack, NY 11752
       abreslow@breslowlaborlaws.com

                                   /s/   James W. Versocki
                                     James W. Versocki
                                     Archer, Byington, Glennon & Levine, LLP
                                     One Huntington Quadrangle, Suite 4C10
                                     P.O. Box 9064
                                     Melville, New York 11747
                                     jversocki@abgllaw.com
                                     631-249-6565

746164