UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
JUAN JOSE SALGUERO, OLVIN RAMON
RODRIGUEZ, ALICIA RIVERIA GARCIA, THANIA
VELASCO, CARLOS ROBERTO GARCIA, and
YOVANY SIFORTES PINTO, on behalf of themselves
and all others similarly situated,    Civil Action No.: 12-CV-0635
                                                              (JFB)(AKT)
                              Plaintiffs,

              -against-

JVK OPERATIONS LIMITED, VINOD SAMUEL,
and MICHAEL CONNELL,

                              Defendants.
---------------------------------------------------------------x

## NOTICE OF PLAINTIFFS' MOTION FOR APPROVAL OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Motion for Approval of Attorneys' Fees and Reimbursement of Expenses, and in the Declaration of James W. Versocki in Support of Plaintiffs' Motion for Approval of Attorneys' Fees and Reimbursement of Expenses and Plaintiffs' Motion for Approval of Class Representative Service Awards, Plaintiffs respectfully request that the Court enter an Order:

(1) awarding Class Counsel attorneys' fees in the amount of $157,258;

(2) awarding Class Counsel costs in the amount of $2,753.26; and

(3) granting such other, further, or different relief as the Court deems just and proper.

Dated: July 21, 2015
       Melville, New York

                                          Respectfully submitted,
                                          ARCHER, BYINGTON, GLENNON & LEVINE, LLP

                                          By:  /s/ James W. Versocki
                                                  James W. Versocki

Attorneys for Plaintiffs
One Huntington Quadrangle, Suite 4C10
P.O. Box 9064
Melville, New York 11747
631-249-6565
E-mail: jversocki@abgllaw.com

*Attorneys for Plaintiffs and the Proposed Class*